IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARY L. MCCLUNE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00370-CV-W-HFS |
| ) | |
| FARMERS INSURANCE COMPANY, INC) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM TO COUNSEL**

Through informal communication the parties jointly seek a hearing regarding a discovery dispute on requests for, among other things, expert reports and dates of certain payments.

There have been repeated discovery disputes requiring the court's intervention in this action. Plaintiffs most recent motion to compel discovery (Doc. 37), and motion to file supplemental suggestions (Doc. 47) was stayed, due to defendant's early filing for summary judgment prior to the expiration of the discovery deadline. (Order dated July 1, 2019, Doc. 62). Although plaintiff did not oppose this early filing by defendant, she now joins with the request for a hearing on discovery matters.

Absent acknowledgment from defendant that summary judgment was filed prematurely, and request to withdraw the motion, discovery motions, as previously ruled, are "STAYED pending consideration and review of defendant's motion for summary judgment."

SO ORDERED.

                                                     */s/ Howard F. Sachs*
                                                  HOWARD F. SACHS
                                                  UNITED STATES DISTRICT JUDGE

July 17, 2019

Kansas City, Missouri